UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
SHANE CAMPBELL GALLERY, INC.,
et al.

    Plaintiffs,

    -v-

FRIEZE EVENTS, INC.,

    Defendant.
----------------------------------------x

18-cv-5134(JSR)

ORDER

JED S. RAKOFF, U.S.D.J.

The reference by Judge Batts to Magistrate Judge Moses of the motion to dismiss, Dkt. 32, is hereby withdrawn, and the motion will be handled directly by the undersigned, to whom this case has now been reassigned.

The Court will hold oral argument on the motion in connection with the already-scheduled case management conference, to be held on Tuesday, February 25, 2020, at 11:00 am.

    SO ORDERED

Dated:   New York, NY
       February 20, 2020

                                      JED S. RAKOFF, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/20/20

1