```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
SHANE CAMPBELL GALLERY, INC.        :
                                    :
        Plaintiff,                  :        18-cv-5134 (JSR)
                                    :
        -v-                         :
                                    :        ORDER
FRIEZE EVENTS, INC.                 :
                                    :
        Defendant.                  :
                                    :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

Before the Court is the defendant's motion under Fed. R. Civ. P. 12(b)(6) to dismiss the plaintiff's second amended complaint. ECF Nos. 42 & 43. For the reasons that will be explained in a forthcoming opinion, the motion will be granted and the complaint will be dismissed with prejudice. The Court will enter final judgment upon issuance of this opinion. Meanwhile, all proceedings in the case are hereby stayed.

    SO ORDERED

Dated:   New York, NY
         April 28, 2020

_____
United States District Judge

1