UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHANE CAMPBELL GALLERY, INC.

                Plaintiff,

     -against-                                   18 **CIVIL** 5134 (JSR)

                                                    **JUDGMENT**

FRIEZE EVENTS, INC.

                Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated May 11, 2020, Frieze's motion to dismiss under Fed. R. Civ. P. 12 (b) (6) is accordingly, granted; moreover, because the Court has already granted plaintiff an opportunity to amend the complaint, the Court is convinced that any further opportunity would be fruitless, and that the complaint should be dismissed with prejudice; final judgment is entered in favor of defendant, and the case is closed.

**Dated:**  New York, New York

       May 13, 2020

                                                                  **RUBY J. KRAJICK**
                                                                  _____
                                                                  **Clerk of Court**
                                         **BY:**
                                                                 **Deputy Clerk**